**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 26-cv-4137-WJM

WILBER PEREZ LOPEZ,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility, *et al*.

Respondents.

---

**AMENDED BRIEFING SCHEDULE AND**
**ORDER PURSUANT TO ALL WRITS ACT**

---

Before the Court is Petitioner Wilber Perez Lopez's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition"). (ECF No. 1).

As set forth in the Order granting Respondents' Motion for an Extension of Time to Respond to the Application for Writ of Habeas Corpus and Order to Show Cause entered by Chief Magistrate Judge Scott T. Varholak (ECF No. 8), Respondents' Response remains due on **September 18, 2026**. NO FURTHER EXTENSION OF THIS RESPONSE DEADLINE WILL BE GRANTED.

Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner. No Reply will be accepted without the prior leave or order of Court.

**Finally, pursuant to the All Writs Act, 28 U.S.C. § 1651, and in order to preserve this Court's jurisdiction, Respondents are hereby ENJOINED from removing, transferring, or causing to remove or transfer, Petitioner from the**

**District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order.**

Dated this 11th day of September, 2026.

BY THE COURT:

William J. Martinez
Senior United States District Judge